1  MICHAEL COSENTINO, SBN 83253
   ATTORNEY AT LAW
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702
   Fax: 510-747-1640
4
   Attorney for Plaintiff,
5  United States of America

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11

12  UNITED STATES OF AMERICA          )      NO. **CV11-3221 SLM**
                                      )
13                    Plaintiff,      )
                                      )      **CONSENT JUDGMENT**
14      v.                            )
                                      )
15  MICHAEL SCOVILL aka               )
    MICHAEL J. SCOVILL aka            )
16  MIKE M. SCOFIELD,                 )
                                      )
17  _____Defendant.___)

18          The above entitled plaintiff having filed its complaint herein, and the above entitled

19  defendant having consented to the making and entry of this final judgment without trial,

20  hereby agree as follows:

21          1. This Court has jurisdiction over the subject matter of this litigation and over the

22  parties to the Consent Judgment. The Complaint herein states a claim upon which relief

23  can be granted.  The defendant hereby acknowledges and accepts service of the

24  complaint filed herein.

25          2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties

26  *hereby voluntarily waive their rights to proceed before a judge of the United States District*

27  *Court and consent to have a United States Magistrate Judge conduct any and all further*

28  *proceedings in the case, including trial, and order the entry of a final judgment.*  It is

1 ‖ understood that any appeal from a judgment entered by a Magistrate Judge will be taken
2 ‖ directly to the Ninth Circuit of the United States Court of Appeals in the same manner as
3 ‖ an appeal from any other judgment of a District Court..

4 ‖     3. Judgment shall be in favor of plaintiff, United States of America, and against
5 ‖ defendant, MICHAEL SCOVILL aka MICHAEL J. SCOVILL aka MIKE M. SCOFIELD, in
6 ‖ the sum of $20,136.05, consisting of $9,546.76 in principal, $10,589.29 interest to July
7 ‖ 5, 2011, court costs of $0.00 and attorney's fees of $0.00, plus interest in the amount of
8 ‖ $1.63 per day on principal from July 5, 2011, up to the date of entry of Judgment, less
9 ‖ any sums tendered toward satisfaction of the obligation during said time period.

10 ‖ .    4. Defendant shall pay $175.00 monthly, subject to a 10 day grace period,
11 ‖ commencing July 15, 2011, and continuing monthly thereafter, each payment being due
12 ‖ on  the  15th  day  of  each  month  until  the  judgment  is  paid  in  full
13 ‖     5. Default under the terms of this consent judgment will entitle the United States
14 ‖ of America to execute on this judgment without further notice to the judgment debtor.

15 ‖     6. All payments made by defendant shall bear the defendant's name and CDCS
16 ‖ # 2011A34390 and be made payable to the United States Department of Justice and
17 ‖ mailed to:

18 ‖
19 ‖ U. S. Department of Justice
‖ Nationwide Central Intake Facility
‖ P. O. Box 790363
20 ‖ St. Louis, MO 63179-0363

21 ‖     7. (a) Each said payment shall be applied first to the payment of interest accrued
22 ‖ to the date of receipt of said payment, and the balance, if any, to the principal;

23 ‖         (b) The judgment debtor shall submit financial data to the plaintiff as specified
24 ‖ by plaintiff on the anniversary date of this judgment for each year this judgment remains
25 ‖ unpaid; and

26 ‖         (c) Plaintiff reserves the right to evaluate the updated financial data and adjust
27 ‖ the periodic payment rate accordingly, or to demand a lump sum payment if warranted
28 ‖ by the judgment debtor's financial circumstances, subject to Court approval.

1    8. An Abstract of Judgment shall be recorded with the Recorder's Office of the

2  County of residence of the judgment debtor; plaintiff may also record or file similar

3  documents elsewhere.

4    9. The judgment debtor has the right of prepayment of this debt without penalty,

5  and the interest charged will only be calculated to the date of final payment.

6    10. Upon a change in address of record for the defendant, defendant shall report

7  his new address to the court and to counsel for plaintiff.

8    11. In case of default, all costs incurred in recording, filing, executing, or levying

9  on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

10  Dated: July 5, 2011

11    MICHAEL COSENTINO
    Counsel for plaintiff

12

13    I have read the foregoing, I understand and agree to the terms, and I

14  sign this agreement as a free and voluntary act.

15  Dated: JULY 20, 2011

16    MICHAEL SCOVILL aka MICHAEL J.
    SCOVILL aka MIKE M. SCOFIELD

17    Defendant and Judgment Debtor

18

19  APPROVED AND SO ORDERED THIS _____ DAY OF July 29 _____, 2011,

20  The Clerk of the Court is DIRECTED to close the file in the action.

21

22

23    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28